UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUNIQUE AGOSTINI, on behalf of herself and all
others similarly situated,

                              Plaintiffs,

            -against-

Goldish, Inc.,

                              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/10/2025
```

24 Civ. 8424 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of the Clerk of Court's certificate of default as to Defendant
Goldish, Inc.  ECF No. 15.  By **February 21, 2025**, Plaintiff shall move for default judgment in
accordance with Attachment A to the Court's Individual Practices in Civil Cases.

        SO ORDERED.

Dated: February 10, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge